THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR,
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Charles Barton,       
Appellant.
 
 
 

Appeal From Aiken County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-386
Submitted April 21, 2004  Filed June 18, 2004

 APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, of Columbia;  and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Charles Barton appeals his 
 conviction on charges of assault and battery with intent to kill, of possession 
 of a firearm during the commission of a violent crime, and of voluntary manslaughter. 
 Counsel for Barton attached to the final brief a petition to be relieved as 
 counsel. Barton filed a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Bartons 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.